UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 13-22648-CMB |
| Marie D. Brietkreutz, | ) | Chapter 13 |
|       Debtor | ) | |
| | ) | |
| | ) | Related to Document No. |
| Marie D. Brietkreutz, | ) | |
|       Movant | ) | |
|     v. | ) | |
| | ) | |
| PNC  Bank, | ) | |
|       Respondent. | ) | |
| | ) | |

DECLARATION

AND NOW, comes the Debtor, Marie D. Brietkreutz by and through her attorney Franklin

L. Robinson, Jr. Esquire and files the foregoing DEBTORS DECLARATION as follows:

1.  The Debtors Chapter 13 Petition was filed on June 21, 2013.

2.  A Notice of Payment Change was filed by the PNC Bank.

3.  The Debtors counsel believes that the payment is appropriate at current payment

amount to fund the Chapter 13 Plan in full each month.

RESPECTFULLY SUBMITTED,

1/11/2017                                                    FRANKLIN L. ROBINSON, JR. /s/
FRANKLIN L. ROBINSON, JR.
PA. ID. NO.  74464
5907 PENN AVENUE
SUITE 200
PITTSBURGH, PA 15206
(412) 363-6685
Frobi69704@aol.com