Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Marie D. Brietkreutz**
  Debtor(s)

Bankruptcy Case No.: 13–22648–CMB

Chapter: 13
Docket No.: 120 – 119
Concil. Conf.: January 4, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 6, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 21, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 4, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 22, 2017

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marie D. Brietkreutz  
    Debtor

Case No. 13-22648-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 2    Date Rcvd: Sep 22, 2017  
                      Form ID: 410    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.
```
db          +Marie D. Brietkreutz,   501 Minton Street,    Pittsburgh, PA 15204-1838
cr           Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr          +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
13661488     City Of Pittsburgh,   400 Grant Street,   Pittsburgh, PA  15219
13703898    +City and School District of Pittsburgh,   c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13703902    +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13661491    +Equitable Gas,   P.O. Box 371820,   Pittsburgh, PA 15250-7820
13703595    +Equitable Gas Company,   c/o Donna Treemarchi,   225 North Shore Drive,
             Pittsburgh, PA 15212-5860
13661493    +PNC Bank,   3232 Newark Drive,   Miamisburg, OH 45342-5421
13683249    +PNC Mortgage,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13703901    +Pittsburgh Water & Sewer Authority,   c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13661494    +Riverset FCU,   1700 Jane Street,   Pittsburgh, PA 15203-1812
14142765     Santander Consumer USA,   P.O. Box 105255,   Atlanta, GA  30348-5255
14197931    +Santander Consumer USA INC,   PO BOX 560284,   Dallas, Texas 75356-0284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13661489    +E-mail/Text: electronicbkydocs@nelnet.net Sep 23 2017 00:45:22    Dept Of Education,
             121 S 13th Street,   Lincoln, NE 68508-1904
13661490    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 23 2017 00:45:53    Duquesne Light Company,
             Payment Processing Center,   Pittsburgh, PA 15267-0001
13710948    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 23 2017 00:45:53    Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13661492    +E-mail/Text: Bankruptcies@nragroup.com Sep 23 2017 00:45:59    National Recovery Agency,
             2491 Paxton Street,   Harrisburg, PA 17111-1036
13690109    +E-mail/Text: electronicbkydocs@nelnet.net Sep 23 2017 00:45:22
             Nelnet on behalf of the U.S. Dept. of ED,   US Department of Education,
             3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and SD of Pittsburgh
cr              PNC BANK, NA
cr              Pittsburgh Water & Sewer Authority
                                                                                   TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2017 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    PNC BANK, NA agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Franklin L. Robinson, Jr.    on behalf of Debtor Marie D. Brietkreutz frobi69704@aol.com,
           flrlegal@excite.com
          James Warmbrodt    on behalf of Creditor    PNC BANK, NA bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
```

Imaged Certificate of Notice    Page 4 of 4

```
District/off: 0315-2           User: kthe              Page 2 of 2              Date Rcvd: Sep 22, 2017
                               Form ID: 410            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                 TOTAL: 10

Case 13-22648-CMB    Doc 121    Filed 09/24/17    Entered 09/25/17 00:49:40    Desc
Imaged Certificate of Notice    Page 4 of 4