IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| MARIE D. BRIETKREUTZ, | : | Case NO. 13-22648-CMB |
| Debtor(s) | : | |
| | : | Related to: |
| | : | Doc No. 123 |
| | : | |
| FRANKLIN L. ROBINSON, JR., Esquire, | : | Hearing date and time: |
| Applicant, | : | January 17, 2018 at 11:00 a.m. |
| v. | : | |
| | : | **ENTERED BY DEFAULT** |
| NO RESPONDENT | : | |

ORDER OF COURT

AND NOW, this __3rd__ day of __January, 2018__, ~~2017~~, upon consideration of the foregoing Application Franklin L. Robinson, Jr., Esquire for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtor is approved in the amount of $8,600.00 for services rendered on behalf of the Debtor for the period between June 1, 2014 through December 12, 2017, which represents $4,000.00 in additional attorney fees and $0.00 costs.

BY THE COURT,

*Carlota M. Böhm*
UNITED STATES BANKRUPTCY JUDGE **kmt**

FILED
1/3/18 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marie D. Brietkreutz  
    Debtor

Case No. 13-22648-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Jan 03, 2018  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.  
db    +Marie D. Brietkreutz,    501 Minton Street,    Pittsburgh, PA 15204-1838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:

    Andrew F Gornall    on behalf of Creditor    PNC BANK, NA agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
    Franklin L. Robinson, Jr.    on behalf of Debtor Marie D. Brietkreutz frobi69704@aol.com, flrlegal@excite.com;robinsonfr66530@notify.bestcase.com  
    James Warmbrodt    on behalf of Creditor    PNC BANK, NA bkgroup@kmllawgroup.com  
    Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
    Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com  
    Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
    S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

    TOTAL: 10