WWR# 040091489

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARIE D. BRIETKREUTZ<br>         Debtors<br><br>RIVERSET CREDIT UNION<br>         Movant.<br><br>MARIE D. BRIETKREUTZ Respondent/Debtors<br><br>RONDA J. WINNECOUR, Standing Trustee<br>Additional Respondent | CASE NO. 13-22648-CMB<br><br>CHAPTER 13 |

**REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM #3-1**

Pursuant to W.PA.LBR 9037-1 and understanding that the redaction of any information other than the identifiers specifically enumerated in Fed. R. Bankr. P. 9037 requires a separate motion and Court approval, under penalty of perjury, the **UNDERSIGNED HEREBY CERTIFIES** that:

1. Riverset Credit Union filed an unsecured Proof of Claim in the above-captioned case on 07/24/2013 which contains one or more of the identifiers enumerated in Fed. R. Bankr. P. 9037.

2. On 06/07/2018, Movant filed an amended claim on the claims register in compliance with W.PA.LBR 3002-2(a), a copy of which is attached hereto, and the only change made to the original claim is the redaction of personal identifiers.

3. I am requesting that the Court take whatever steps are necessary to restrict public access to the unredacted claim.

EXECUTED ON: 06/07/2018            By:    /s/ Brian Langford
                                                    Brian Langford PA I.D. #324884
                                                    Weltman, Weinberg & Reis Co., L.P.A.
                                                    436 Seventh Avenue
                                                    Suite 2500
                                                    Pittsburgh, PA  15219
                                                    (412) 338-7102
                                                    blangford@weltman.com

**PAWB Local Form 37 (07/13)**

WWR# 040091489

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARIE D. BRIETKREUTZ<br>    Debtors<br><br>RIVERSET CREDIT UNION<br>    Movant.<br><br>MARIE D. BRIETKREUTZ Respondent/Debtors<br><br>RONDA J. WINNECOUR, Standing Trustee<br>Additional Respondent | CASE NO. 13-22648-CMB<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE OF REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM #3-1**

I, Brian Langford, certify under penalty of perjury that I served the above captioned Request to Restrict Public Access to Claim #3-1 on the parties at the addresses below, on 06/07/2018. The type of service was by First Class mail.

    The total number of parties served was 4.

Marie D. Brietkreutz, 501 Minton Street, Pittsburgh, PA 15204

Franklin L. Robinson, Jr., 5907 Penn Avenue, Suite 212, Pittsburgh, PA 15206

Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Office of the U.S. Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

| | |
|---|---|
| EXECUTED ON: 06/07/2018 | By:   /s/ Brian Langford<br>Brian Langford PA I.D. #324884<br>Weltman, Weinberg & Reis Co., L.P.A.<br>436 Seventh Avenue<br>Suite 2500<br>Pittsburgh, PA  15219<br>(412) 338-7102<br>blangford@weltman.com |

**Fill in this information to identify the case:**

Debtor 1  Marie D. Brietkreutz

Debtor 2  ___
(Spouse if filing)

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number  13-22648-CMB
WWR #  040091489

# Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received

## Part 1:  Identify the Claim

| | |
|---|---|
| **1. Who is the current Creditor?** | Riverset Credit Union<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with debtor: ___ |
| **2. Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? ___ |
| **3. Where should notices and payments to the creditor be sent?**<br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where notices to the creditor should be sent?<br><br>Weltman, Weinberg & Reis Co., L.P.A.<br>436 7th Avenue, Ste 2500<br>Pittsburgh, PA 15219<br><br>Where should payments to the creditor be sent? (if different)<br><br>Riverset Credit Union<br>1700 Jane Street<br>Pittsburgh, PA 15203<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): |
| **4. Does this claim amend one already filed?** | ☐ No<br>☒ Yes.   Claim number on court claims registry (if known)   3-1    Filed on  07/24/2013 |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes.  Who made the earlier filing? |

Official Form 410                    Proof of Claim                    page 1

| Part 2: | Give information About the Claim As of the Date the Case Was Filed |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☒ Yes.. Last 4 digits of the debtor's account or any number you use to identify the debtor: 4670 |
| **7. How much is the claim?** | $828.61  Does this amount include interest or other charges?<br>☐ No<br>☒ Yes. Attach a statement itemizing, fees, expenses or other charges required by Bankruptcy Rule 3001 ( c) (2) (A). |
| **8. What is the basis of the Claim** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>Money Loaned |
| **9. Is all or part of the claim Secured** | ☒ No<br>☐ Yes The claim is secured by a lien on property<br>**Nature of property:**<br>☐ Real estate<br>☐ Motor Vehicle<br>☐ Other.  Describe:<br> **Basis for perfection:**<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>**Value of property:**                                 $<br>**Amount of the claim that is secured:**         $<br>**Amount of the claim that is unsecured:**       $_____   (The sum of the secured and unsecured Amounts should match the amount in line 7.)<br>**Amount necessary to cure any default as of the date of the petition:**  $<br>**Annual Interest Rate** (when case was filed)            %<br>☐ **Fixed**<br>☐ **Variable** |
| **10. Is this claim based on a lease?** | ☒ No<br>☐ Yes Amount necessary to cure any default as of the date of the petition.      $ |
| **11. Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes.  Identify the property: |

Official Form 410                                        Proof of Claim                                        page 2

| | | |
|---|---|---|
| **12 Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)**  A claim may be partly priority and partly non priority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No  ☐ Yes.  Check one:  ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use.  11 U.S.C. § 507(a)(7)  ☐ Wages, salaries or commissions (up to $12,850*) earned within 180 days before the Bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4)  ☐ Taxes or penalties owed to governmental units.  11 U.S.C § 507(a)(8).  ☐ Contributions to an employee benefit plan. 11 U.S.C § 507(a)(5)  ☐ Other. Specify subsection of 11 U.S.C § 507(a)(_) that applies.  * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun after the date of adjustment. | Amount entitled to priority  $  $  $  $  $  $ |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(B).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years or both. 18 U.S.C. §§ 152, 157 and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/07/2018
                  MM / DD / YYYY

/S/ Brian Langford
Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Brian Langford |
| Title | Attorney for Creditor |
| Company | Weltman, Weinberg & Reis Co., LPA  Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 436 Seventh Avenue, Ste 2500  Pittsburgh, PA 15219 |
| Contact phone | 877-338-9484           Email  blangford@weltman.com |

Official Form 410                           Proof of Claim                           page 3



**riverset** credit union
1700 Jane Street
Pittsburgh, PA 15203-1199
(412) 488-2525



**Open-End Voucher and Security Agreement**

## BORROWER INFORMATION

| BORROWER 1 NAME | ACCOUNT NUMBER | AMOUNT REQUESTED | DATE |
|---|---|---|---|
| MARIE D BRIETKREUTZ | 004 | $ 2,000.00 | 09/27/2011 |

BORROWER 1 ADDRESS: 501 MINTON STREET, PITTSBURGH, PA 15204
HOME TELEPHONE NUMBER:
PURPOSE: HOME IMPROVEMENT

BORROWER 2 NAME:
ACCOUNT NUMBER:
DEPOSIT CHECK IN ACCOUNT NUMBER/OTHER:
BORROWER 2 ADDRESS:

CHECK PAYABLE TO:
REPAYMENT METHOD: Coupon

## SUBSEQUENT ELECTION FOR VOLUNTARY PAYMENT PROTECTION

You can now voluntarily elect to become insured with the coverage(s) shown below. In order for coverage to become effective you must meet all insurance eligibility requirements stated in the Credit Insurance Application/Schedule. **NOTE: The insurance you're applying for contains certain terms and exclusions; Refer to your certificate for coverage details.** If you need a copy of the Insurance Certificate, just ask. By signing below, you authorize us to add the charges for the insurance to your outstanding balance each month. Coverage election applies to the entire balance on this subaccount. Insurance rates are subject to change.

YOU ELECT THE FOLLOWING:
NO Single Credit Disability
NO Single Credit Life

COST PER $100 OF YOUR MONTHLY LOAN BALANCE
SEE ADDENDUM
$ .070

NAME OF INSURED(S)
MARIE D BRIETKREUTZ
MARIE D BRIETKREUTZ

## REPAYMENT TERMS

| DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | MARGIN | OTHER FEES (Amount and Description) | PREVIOUS BALANCE |
|---|---|---|---|---|
| 0.0369863 % | 13.500 % | % | $ | $ |

| NEW BALANCE THIS SUBACCOUNT | AMOUNT ADVANCED | PAYMENT AMOUNT | DATE DUE | PAYMENT FREQUENCY | LINE OF CREDIT LIMIT | REMAINING LIMIT |
|---|---|---|---|---|---|---|
| $ 2,000.00 | $ 2,000.00 | $ 41.00 | 10/31/2011 | Semi-Monthly | $ 0.00 | $ 0.00 |

APPROX. 36 MONTHS EXCEPT JULY & AUGUST

FOR CREDIT UNION USE ONLY

### SECURITY OFFERED | CONSUMERS' CLAIMS AND DEFENSES -- IF CHECKED, SEE PARAGRAPH 6 FOR NOTICE

THE ADVANCE IS SECURED BY YOUR SHARES, ALL PROPERTY SECURING OTHER PLAN ADVANCES AND LOANS RECEIVED IN THE PAST OR IN THE FUTURE, AND THE FOLLOWING PROPERTY:

| PROPERTY/MODEL | YEAR | I.D. NUMBER | VALUE | KEY NUMBER |
|---|---|---|---|---|
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |

| PLEDGE OF SHARES AND/OR DEPOSITS | ACCOUNT NUMBER | PLEDGE OF SHARES AND/OR DEPOSITS | ACCOUNT NUMBER |
|---|---|---|---|
| $ | | $ | |

## SIGNATURES

By signing below, by endorsing the proceeds check or by using the amount advanced and deposited into your share/share draft account you agree:
1. To make and be bound by the terms of this Security Agreement including the cross collateral clause;
2. The Credit Union will rely on the information above in verifying and determining your continuing creditworthiness;
3. To make payments as disclosed above in accordance with the terms of your Plan.

X _____ (SEAL)   X _____ (SEAL)
BORROWER 1 SIGNATURE    DATE    BORROWER 2 SIGNATURE    DATE

X _____ (SEAL)   X _____ (SEAL)
SIGNATURE ☐ OWNER OF COLLATERAL (Other than a Borrower)    DATE    SIGNATURE ☐ OWNER OF COLLATERAL (Other than a Borrower)    DATE

© CUNA MUTUAL GROUP, 1980, 82, 84, 86, 89, 1998-2000, 02, 06, 10 ALL RIGHTS RESERVED

VXX059-e

| RIVERSET CREDIT UNION | MARIE D BRIETKREUTZ | Date 09/27/2011 |
|---|---|---|

## SECURITY AGREEMENT

**LOANLINER®**

In this agreement all references to "credit union," "we," "our," or "us" mean the credit union whose name appears on this agreement and anyone to whom the credit union assigns or transfers this agreement. All references to "you," "your," and "borrower" mean each person who signs this agreement. All references to "the advance" mean the amount in the box labeled "Amount Advanced" on page one. All references to "the Plan" mean the Credit Agreement under which the advance was obtained. Some of the provisions of this agreement apply only if the Credit Union is state chartered. A credit union has a state charter if its name does not include the words "Federal Credit Union" or "FCU". This is a multi-state document which may be used to lend to borrowers in all states except Louisiana and Wisconsin.

**1. THE SECURITY FOR THE PLAN** -- By signing this security agreement in the signature area or under the statement referring to this agreement which is on the back of the check you receive for the advance, you give us what is known as a security interest in the property described in the "Security Offered" section on page one. The security interest you give includes all accessions. Accessions are things which are attached to or installed in the property now or in the future. The security interest also includes any replacements for the property which you buy within 10 days of the advance or any extensions, renewals or refinancings of the advance. It also includes any money you receive from selling the property or from insurance you have on the property. If the value of the property declines, you promise to give us more property as security if asked to do so.

**2. WHAT THE SECURITY INTEREST COVERS/CROSS COLLATERAL PROVISIONS** -- The security interest secures the advance and any extensions, renewals or refinancings of the advance. **It also secures any other advances you have now or receive in the future under the Plan and any other amounts or loans, including any credit card loan, you owe us for any reason now or in the future, except any loan secured by your principal residence.** If the property is household goods as defined by the Federal Trade Commission Credit Practices Rule, the property will secure only the advance and not other amounts you owe.

**3. OWNERSHIP OF THE PROPERTY** -- You promise that you own the property you give as security or if the Advance is to buy the property, you promise you will use the Advance for that purpose. You promise that no one else has any interest in or claim against the property that you have not already told us about. You promise not to sell or lease the property or to use it as security for a loan with another creditor until the advance is repaid. You promise you will allow no other security interest or lien to attach to the property either by your actions or by operation of law.

**4. PROTECTING THE SECURITY INTEREST** -- If your state issues a title for the property, you promise to have our security interest shown on the title. We may have to file what is called a financing statement to protect our security interest from the claims of others. You irrevocably authorize us to execute (on your behalf), if applicable, and file one or more financing, continuation or amendment statements pursuant to the Uniform Commercial Code (UCC) in form satisfactory to us. You promise to do whatever else we think is necessary to protect our security interest in the property. You promise to pay all costs, including but not limited to any attorney fees, we incur in protecting our security interest and rights in the property, to the extent permitted by applicable law.

**5. USE OF PROPERTY** -- Until the advance has been paid off, you promise you will: (1) Use the property carefully and keep it in good repair. (2) Obtain our written permission before making major changes to the property or changing the address where the property is kept. (3) Inform us in writing before changing your address. (4) Allow us to inspect the property. (5) Promptly notify us if the property is damaged, stolen or abused. (6) Not use the property for any unlawful purpose. (7) Not retitle property in another state without telling us.

**6. CONSUMERS' CLAIMS AND DEFENSES NOTICE** -- The following paragraph applies only when the box on page one is checked.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**7. PROPERTY INSURANCE, TAXES AND FEES** -- You must maintain property insurance on all property that you give as security under the Plan. You may purchase the property insurance from anyone you choose who is acceptable to the Credit Union. The amount and coverage of the property insurance must be acceptable to us. You may provide the property insurance through a policy you already have, or through a policy you get and pay for. You promise to make the insurance policy payable to us and to deliver the policy or proof of coverage to us if asked to do so. If you cancel your insurance and get a refund, we have a right to the refund. If the property is lost or damaged, we can use the insurance settlement to repair the property or apply it towards what you owe. You authorize us to endorse any draft or check which may be payable to you in order for us to collect any refund or benefits due under your insurance policy. You also promise to pay all taxes and fees (like registration fees) due on the property.

If you do not pay the taxes or fees on the property when due or keep it insured, we may pay these obligations, but we are not required to do so. Any money we spend for taxes, fees or insurance will be added to the unpaid balance of the advance and you will pay interest on those amounts at the same rate you agreed to pay on the advance. We may receive payments in connection with the insurance from a company which provides the insurance. We may monitor our loans for the purpose of determining whether you and other borrowers have complied with the insurance requirements of our loan agreements or may engage others to do so. The insurance charge added to the advance may include (1) the insurance company's payments to us and (2) the cost of determining compliance with the insurance requirements. If we add amounts for taxes, fees or insurance to the unpaid balance of the advance, we may increase your payments to pay the amount added within the term of the insurance or approximate term of the advance.

**8. INSURANCE NOTICE** -- If you do not purchase the required property insurance, the insurance we may purchase and charge you for will cover only our interest in the property. The premium for this insurance may be higher because the insurance company may have given us the right to purchase insurance after uninsured collateral is lost or damaged. **The insurance will not be liability insurance and will not satisfy any state financial responsibility or no fault laws.**

**9. DEFAULT** -- You will be in default if you break any promise you make under this agreement. You will be in default if any property you have given us as security is repossessed by someone else, seized under a forfeiture or similar law, or if anything else happens that significantly affects the value of the property or our security interest in it. You will also be in default if you are in default under the Plan. If you are pledging property, but have not signed the Plan, you will be in default if anyone is in default who has signed the Plan.

**10. WHAT HAPPENS IF YOU ARE IN DEFAULT** -- *The following paragraph applies to borrowers in Colorado, District of Columbia, Iowa, Kansas, Maine, Massachusetts, Missouri, Nebraska, West Virginia and state chartered credit unions lending to South Carolina borrowers.* When you are in default and after expiration of any right you have under applicable state law to cure your default, we can demand immediate payment of the entire unpaid balance under the Plan without giving you advance notice.

**THE PROPERTY DESCRIPTION ON PAGE ONE IS PART OF THIS AGREEMENT. NOTICE: SIGN THIS AGREEMENT ON PAGE ONE.**

® CUNA MUTUAL GROUP, 1980, 82, 84, 86, 89, 1998-2000, 02, 06, 10 ALL RIGHTS RESERVED

VXX059-6

| RIVERSET CREDIT UNION | MARIE D BRIETKREUTZ | Date 09/27/2011 |
|---|---|---|

## SECURITY AGREEMENT                                          LOANLINER

*The following paragraph applies to borrowers in all other states and federally chartered credit unions lending to South Carolina borrowers.* When you are in default, we can require immediate payment (acceleration) of the entire unpaid balance under the Plan. You waive any right you have to demand for payment, notice of intent to accelerate and notice of acceleration.

**The following paragraphs apply to all borrowers.**
You agree the Credit Union has the right to take possession of the property given as security under the Plan, without judicial process, if this can be done without breach of the peace. If we ask, you promise to deliver the property at a time and place we choose. If the property is a motor vehicle or boat, you agree that we may obtain a key or other device necessary to unlock and operate it, when you are in default. We will not be responsible for any other property not covered by this agreement that you leave inside the property or that is attached to the property. We will try to return that property to you or make it available for you to claim.

After we have possession of the property, we can sell it and apply the money to any amounts you owe us. We will give you notice of any public disposition or the date after which a private disposition will be held. Our expenses for taking possession of and selling the property will be deducted from the money received from the sale. Those costs may include the cost of storing the property, preparing it for sale and attorney's fees to the extent permitted under state law or awarded under the Bankruptcy Code. If you have agreed to pay the Advance, you must pay any amount that remains unpaid after the sale money has been applied to the unpaid balance of the Advance and to what you owe under this agreement. You agree to pay interest on that amount at the same rate as the Advance, or, if applicable, at the default rate disclosed on the Addendum, until that amount has been paid.

**11. DELAY IN ENFORCING RIGHTS AND CHANGES IN THE PLAN** -- We can delay enforcing any of our rights under this agreement any number of times without losing the ability to exercise our rights later. We can enforce this agreement against your heirs or legal representatives. If we change the terms of the Plan, you agree that this agreement will continue to protect us.

**12. CONTINUED EFFECTIVENESS** -- If any part of this agreement is determined by a court to be unenforceable, the rest will remain in effect.

**13. NOTICE TO NORTH DAKOTA BORROWERS PURCHASING A MOTOR VEHICLE** ---THE MOTOR VEHICLE IN THIS TRANSACTION MAY BE SUBJECT TO REPOSSESSION. IF IT IS REPOSSESSED AND SOLD TO SOMEONE ELSE, AND ALL AMOUNTS DUE TO THE SECURED PARTY ARE NOT RECEIVED IN THAT SALE, YOU MAY HAVE TO PAY THE DIFFERENCE.

**14. NOTICE FOR ARIZONA OWNERS OF PROPERTY** -- It is unlawful for you to fail to return a motor vehicle that is subject to a security interest, within thirty days after you have received notice of default. The notice will be mailed to the address you gave us. It is your responsibility to notify us if your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.

**THE PROPERTY DESCRIPTION ON PAGE ONE IS PART OF THIS AGREEMENT. NOTICE: SIGN THIS AGREEMENT ON PAGE ONE.**

### FOR CREDIT UNION USE ONLY

| REQUESTED: 2,000.00 | MEMBER PAYS FOR: | | CHECK NUMBER: | BRANCH NUMBER: 00 |
|---|---|---|---|---|
| DATE 09/27/2011 | X APPROVED DENIED (Adverse Action Notice Sent) | APPROVED LIMITS SIGNATURE $ 2,000.00 | PLAN/SUBACCOUNT NO.: LINE OF CREDIT  OTHER $ 0.00  $ | PROCESSED BY: CARRIE OTHER $ |

LOAN OFFICER COMMENTS:

SIGNATURES:
X _____     X _____
                    DATE                                        DATE

© CUNA MUTUAL GROUP, 1980, 82, 84, 86, 89, 1998-2000, 02, 06, 10 ALL RIGHTS RESERVED                                                                                    VXX059-e




**riverset** credit union
53 South Tenth Street
Pittsburgh, PA 15203
(412)488-2525

**LOANLINER**

**Open-End Application and Plan Signatures**

PLEASE NOTE:
- Complete all sections
- Sign on signature line
- Return completed form to credit union
- An incomplete or unsigned form may delay processing

**Married Applicants:** May apply for a separate account.

**Individual Credit:** You must complete the **Applicant** section about yourself and the **Other** section about your spouse if:
1. you live in or the property pledged as collateral is located in a community property state (AK, AZ, CA, ID, LA, NM, NV, TX, WA, WI),
2. your spouse will use the account, or
3. you are relying on your spouse's income as a basis for repayment. If you are relying on income from alimony, child support, or separate maintenance, complete the **Other** section to the extent possible about the person on whose payments you are relying.

**Joint Credit:** If you are applying with another person, complete the **Applicant** and **Other** sections.

**LOANLINER** Account/Loan: ▮▮▮▮▮▮▮▮ 002
(Including ATM/Debit Card Access to the Account if Available)

**Amount Requested $** 2,594.83

**Purpose/Collateral:** BILL PAYMENT    / SIGNATURE

**Repayment:** Payroll/ACH

| APPLICANT | | OTHER | CO-Applicant/Guarantor |
|---|---|---|---|
| NAME: MARIE D BRIETKREUTZ | | NAME | |
| MOTHER'S MAIDEN NAME: WILLIAMS | ACCOUNT NUMBER | MOTHER'S MAIDEN NAME | ACCOUNT NUMBER |
| SOCIAL SECURITY NUMBER: ▮▮▮-▮▮-9959 | DRIVER'S LICENSE NUMBER/STATE | SOCIAL SECURITY NUMBER | DRIVER'S LICENSE NUMBER/STATE |
| BIRTH DATE / HOME PHONE | BUSINESS PHONE/EXT. | BIRTH DATE / HOME PHONE | BUSINESS PHONE/EXT. |
| EMAIL ADDRESS | | EMAIL ADDRESS | |
| PRESENT ADDRESS: 501 MINTON STREET, PITTSBURGH, PA 15204 | LENGTH AT RESIDENCE | PRESENT ADDRESS | LENGTH AT RESIDENCE |
| MORTGAGE/RENT OWED TO: PNC MORTGAGE | | MORTGAGE/RENT OWED TO: | |
| MORTGAGE BALANCE $56,784.00 | MONTHLY PAYMENT $541.00 | INTEREST RATE 10.626 % | |
| COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE: MARITAL STATUS: | | COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE: MARITAL STATUS: | |
| EMPLOYMENT/INCOME $ 33,125.00 PER Year | | EMPLOYMENT/INCOME $ PER | |
| NAME AND ADDRESS OF EMPLOYER: PITTSBURGH BOARD OF EDUCATION, 341 SOUTH BELLEFIELD AVE, PITTSBURGH, PA 15213 | | NAME AND ADDRESS OF EMPLOYER | |
| START DATE 03/08/1995 | | START DATE | |

**NOTICE:** ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.

| OTHER INCOME | $ | PER | SOURCE |
|---|---|---|---|
| | $ | PER | SOURCE |
| | $ | PER | SOURCE |
| | $ | PER | SOURCE |

| REFERENCE | | RELATIONSHIP |
|---|---|---|
| NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU | | FRIEND |
| ▮▮▮▮▮▮▮▮ | | HOME PHONE ▮▮▮▮▮▮▮▮ |

| REFERENCE | | RELATIONSHIP |
|---|---|---|
| NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU | | HOME PHONE |

CUNA MUTUAL GROUP, 1980, 82, 84, 86, 89, 98, 2000, 01, ALL RIGHTS RESERVED    CREDIT UNION COPY    SIMPLIFIED AGREEMENT SYSTEM (S)
BXX084 (LASER)