IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Marie D. Brietkreutz | : | Case No.13-22648CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: 3 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Riverset Credit Union | : | |
| | : | Hearing Date |
| Respondent(s) | | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL CREDITOR TO AMEND CLAIM

The Motion that was filed in the above-referenced case on May 24, 2018 (document #90) is hereby WITHDRAWN. Therefore, the hearing scheduled for July 18, 2018, is hereby cancelled.

Respectfully submitted

6/19/18                              /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Marie D. Brietkreutz | : | Case No.13-22648CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: 3 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Riverset Credit Union | : | |
| | : | Hearing Date |
| Respondent(s) | | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Marie Brietkreutz
501 Minton Street
Pittsburgh PA 15204

Franklin Robinson, Jr., Esquire
5907 Penn Avenue Suite 212
Pittsburgh PA 15206

Riverset Credit Union
Daniel Seller
1700 Jane Street
Pittsburgh PA 15203


6/19/18                                              /S/ Dianne DeFoor___
date                                                Office of the Chapter 13 Trustee
                                                      US Steel Tower – Suite 3250
                                                      600 Grant Street
                                                      Pittsburgh, PA  15219
                                                      (412) 471-5566