IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Marie D. Brietkreutz | )<br>)<br>) | Case No. 13-22648CMB<br>Chapter 13 |
| Debtor(s) | )<br>) | Related to:<br>Doc #___141___ |
| Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br>Vs.<br>Marie D. Brietkreutz | )<br>)<br>)<br>)<br>) | |
| Respondent(s) | )<br>) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **August 15, 2018 at 10:00 a.m. before Judge Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before **July 17, 2018.**

<u>6-27-18</u>
date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D.#30399)
Attorney and the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com

FILED
6/28/18 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-22648-CMB
Marie D. Brietkreutz                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: kthe                  Page 1 of 2              Date Rcvd: Jun 28, 2018
                                Form ID: pdf900             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2018.
db          +Marie D. Brietkreutz,    501 Minton Street,    Pittsburgh, PA 15204-1838
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA 15219
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
13661488     City Of Pittsburgh,    400 Grant Street,    Pittsburgh, PA 15219
13703898    +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13703902    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13661491    +Equitable Gas,    P.O. Box 371820,    Pittsburgh, PA 15250-7820
13703595    +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
              Pittsburgh, PA 15212-5860
13661493    +PNC Bank,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13683249    +PNC Mortgage,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13703901    +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13661494    +Riverset FCU,    1700 Jane Street,    Pittsburgh, PA 15203-1812
14142765     Santander Consumer USA,    P.O. Box 105255,    Atlanta, GA 30348-5255
14197931    +Santander Consumer USA INC,    PO BOX 560284,    Dallas, Texas 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13661489    +E-mail/Text: electronicbkydocs@nelnet.net Jun 29 2018 02:07:51     Dept Of Education,
              121 S 13th Street,    Lincoln, NE 68508-1904
13661490    +E-mail/Text: kburkley@bernsteinlaw.com Jun 29 2018 02:08:08     Duquesne Light Company,
              Payment Processing Center,    Pittsburgh, PA 15267-0001
13710948    +E-mail/Text: kburkley@bernsteinlaw.com Jun 29 2018 02:08:08     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13661492    +E-mail/Text: Bankruptcies@nragroup.com Jun 29 2018 02:08:20     National Recovery Agency,
              2491 Paxton Street,    Harrisburg, PA 17111-1036
13690109    +E-mail/Text: electronicbkydocs@nelnet.net Jun 29 2018 02:07:51
              Nelnet on behalf of the U.S. Dept. of ED,    US Department of Education,
              3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and SD of Pittsburgh
cr              PNC BANK, NA
cr              Pittsburgh Water & Sewer Authority
cr              Riverset Credit Union
                                                                                  TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                        Signature:  /s/Joseph Speetjens

───────────────────────────────────────────────────────────────────────────────────

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PNC BANK, NA andygornall@latouflawfirm.com
          Brian Thomas Langford    on behalf of Creditor    Riverset Credit Union PitEcf@weltman.com,
           PitEcf@weltman.com
          Franklin L. Robinson, Jr.    on behalf of Debtor Marie D. Brietkreutz frobi69704@aol.com,
           flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    PNC BANK, NA bkgroup@kmllawgroup.com

```
District/off: 0315-2           User: kthe                 Page 2 of 2                   Date Rcvd: Jun 28, 2018
                               Form ID: pdf900            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                    TOTAL: 11