## PROCEEDING MEMO

Date: 08/15/2018 10:00 am

In re: Marie D. Brietkreutz

Bankruptcy No. 13-22648-CMB
Chapter: 13
Doc. # 141

**Appearances:** ✓

**Movant(s):** Winnecour / Pail / Katz / DeSimone

**Respondent(s):** ~~Franklin L. Robinson~~, Jr.    Albert Reese ✓

**Creditor(s):**

**Nature of Proceeding:** # 141 Trustee's Motion to Dismiss Case

**Additional Pleadings:** #144 Response by the Debtor; #145 BNC Certificate of Mailing;

**Judge's Notes:**

— $7735 needed to complete payments
— 1,520.00 mo payment.
— Cont to Dec 19 at 10:00

**Outcome:**

____ Motion is GRANTED ____ Order Entered

____ Motion is DENIED ____ Order entered

____ Motion WITHDRAWN

____ Motion is DISMISSED ____ Order entered

____ Reschedule for Proper Service

____ Case DISMISSED ____ Order entered

____ Parties to submit Order/Settlement/Stipulation by ____ days

____ CONTINUED MATTER: ____ for at least ____ days (Court to Issue Order)

____ ISSUE EVIDENTIARY HEARING NOTCE

____ Discovery time needed ____ days

____ Briefs to be filed:    Movant(s) brief due ____ days
Respondent(s) brief due ____ days
Trustee's brief due ____ days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
8/15/18 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marie D. Brietkreutz  
    Debtor

Case No. 13-22648-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: kthe      Page 1 of 1      Date Rcvd: Aug 15, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.  
db         +Marie D. Brietkreutz,   501 Minton Street,   Pittsburgh, PA 15204-1838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    PNC BANK, NA andygornall@latouflawfirm.com  
         Brian Thomas Langford    on behalf of Creditor    Riverset Credit Union PitEcf@weltman.com,  
          PitEcf@weltman.com  
         Franklin L. Robinson, Jr.    on behalf of Debtor Marie D. Brietkreutz frobi69704@aol.com,  
          flrlegal@excite.com;robinsonfr66530@notify.bestcase.com  
         James Warmbrodt    on behalf of Creditor    PNC BANK, NA bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                   TOTAL: 11