## PROCEEDING MEMO

**Date: 12/19/2018 10:00 am**

In re: Marie D. Brietkreutz

Bankruptcy No. 13-22648-CMB
Chapter: 13
Doc. # 141

**Appearances:**

Movant(s): ~~Ronda J. Winnecour, Bail~~/ Katz/ ~~DeSimone~~

Respondents: Franklin L. Robinson, Jr.

Creditor(s):

**Nature of Proceeding:** # 141 Continued Hearing on Trustee's Motion to Dismiss Case

**Additional Pleadings:** #144 Response by Debtor

**Judge's Notes:**

**Outcome:**

\_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion is DISMISSED    Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED    Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days
\_\_\_\_\_ CONTINUED MATTER: \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)
\_\_\_\_\_ to hearing date of \_\_\_\_\_
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed:    Movant(s) brief due \_\_\_\_\_ days
    Respondent(s) brief due \_\_\_\_\_ days
    Trustee's brief due \_\_\_\_\_ days

Katz: Some payments received, though there remains a balance due in excess of $3,000.
Robinson: requests 90 days to resolve the case. Debtor has been informed to take over long term payments
Katz: No objection to additional time, but limited to 90 days

Continued to March 13 at 10:00am. Full payment to be made prior to that date.

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
12/19/18 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marie D. Brietkreutz  
    Debtor

Case No. 13-22648-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Dec 19, 2018  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.  
db          +Marie D. Brietkreutz,    501 Minton Street,    Pittsburgh, PA 15204-1838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    PNC BANK, NA andygornall@latouflawfirm.com  
         Brian Thomas Langford    on behalf of Creditor    Riverset Credit Union PitEcf@weltman.com,  
          PitEcf@weltman.com  
         Franklin L. Robinson, Jr.    on behalf of Debtor Marie D. Brietkreutz frobi69704@aol.com,  
          flrlegal@excite.com;robinsonfr66530@notify.bestcase.com  
         James Warmbrodt    on behalf of Creditor    PNC BANK, NA bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                        TOTAL: 11