# PROCEEDING MEMO

**Date:** 03/13/2019 10:00 am

In re: Marie D. Brietkreutz

Bankruptcy No. 13-22648-CMB
Chapter: 13
Doc. # 141

**Appearances:** ✓

**Movant(s):** Ronda J. Winnecour/ Pail/ Katz/ DeSimone ✓

**Respondents:** Franklin L. Robinson, Jr.

**Creditor(s):**

**Nature of Proceeding:** # 141 Continued Hearing on Trustee's Motion to Dismiss Case

**Additional Pleadings:** #144 Response by Debtor

**Judge's Notes:**

**Outcome:** DeSimone: Last payment posted this morning, Trustee's motion can be withdrawn

- \_\_\_\_ Motion is GRANTED  \_\_\_\_ Order entered
- \_\_\_\_ Motion is DENIED  \_\_\_\_ Order entered
- **X** Motion WITHDRAWN
- \_\_\_\_ Motion is DISMISSED  Order entered
- \_\_\_\_ Reschedule for Proper Service
- \_\_\_\_ Case DISMISSED  Order entered
- \_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_ days
- \_\_\_\_ CONTINUED MATTER: \_\_\_\_ for at least \_\_\_\_ days (Court to Issue Order)
- \_\_\_\_ to hearing date of \_\_\_\_
- \_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
- \_\_\_\_ Discovery time needed \_\_\_\_ days
- \_\_\_\_ Briefs to be filed:  Movant(s) brief due \_\_\_\_ days
    Respondent(s) brief due \_\_\_\_ days
    Trustee's brief due \_\_\_\_ days

Motion withdrawn

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
3/13/19 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA