**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  MARIE D. BRIETKREUTZ<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>MARIE D. BRIETKREUTZ<br><br>      Respondents | Case No.13-22648CMB<br><br>Chapter 13<br><br>Related to: Document No. 152 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this \_\_\_18th\_\_\_ day of \_\_March\_\_, 2019, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pgh Board Of Public Education
Attn: Payroll Manager
341 S Bellefield Ave
Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of MARIE D. BRIETKREUTZ, social security number XXX-XX-9959. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARIE D. BRIETKREUTZ.

~~XXXXXXX XXXXXXX~~

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/18/19 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marie D. Brietkreutz  
    Debtor

Case No. 13-22648-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Mar 18, 2019  
                        Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.  
db         +Marie D. Brietkreutz,    501 Minton Street,    Pittsburgh, PA 15204-1838  
           +Pgh Board of Public Education,    Attn: Payroll Manager,    341 S Bellefield Ave,    Pittsburgh, PA 15213-3516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:

         Andrew F Gornall     on behalf of Creditor     PNC BANK, NA andygornall@latouflawfirm.com  
         Brian Thomas Langford     on behalf of Creditor     Riverset Credit Union PitEcf@weltman.com,  
    PitEcf@weltman.com  
         Franklin L. Robinson, Jr.     on behalf of Debtor Marie D. Brietkreutz frobi69704@aol.com,  
    flrlegal@excite.com;robinsonfr66530@notify.bestcase.com  
         James Warmbrodt     on behalf of Creditor     PNC BANK, NA bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt     on behalf of Creditor     Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com  
         Jeffrey R. Hunt     on behalf of Creditor     City and SD of Pittsburgh jhunt@grblaw.com,  
    cnoroski@grblaw.com  
         Jeffrey R. Hunt     on behalf of Creditor     Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
    cnoroski@grblaw.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com,  
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         S. James Wallace     on behalf of Creditor     Equitable Gas Bankruptcy Department sjw@sjwpgh.com,  
    Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                TOTAL: 11