Certificate Number: 15317-PAW-DE-032539215

Bankruptcy Case Number: 13-22648



15317-PAW-DE-032539215

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 1, 2019</u>, at <u>9:40</u> o'clock <u>PM PDT</u>, <u>Marie Brietkreutz</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>April 1, 2019</u>

By:  <u>/s/Mariel Macrohon</u>

Name:  <u>Mariel Macrohon</u>

Title:  <u>Counselor</u>