**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARIE D. BRIETKREUTZ<br><br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:13-22648<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| April 26, 2019 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/21/2013 and confirmed on 1/3/14 . The case was subsequently      Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 78,238.39 |
| Less Refunds to Debtor | 482.77 | |
| TOTAL AMOUNT OF PLAN FUND | | 77,755.62 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,981.00 | |
|    Trustee Fee | 3,191.29 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,172.29 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 33,851.58 | 0.00 | 33,851.58 |
|     Acct: 0026 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4957 | | | | |
|   PNC BANK NA | 5,243.57 | 5,243.57 | 0.00 | 5,243.57 |
|     Acct: 0026 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (I | 295.70 | 295.70 | 152.38 | 448.08 |
|     Acct: 7B95 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (I | 46.63 | 46.63 | 0.00 | 46.63 |
|     Acct: 7B95 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 142.15 | 142.15 | 73.43 | 215.58 |
|     Acct: 7B95 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 62.11 | 62.11 | 0.00 | 62.11 |
|     Acct: 7B95 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2M78 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 75.75 | 75.75 | 47.30 | 123.05 |
|     Acct: 7B95 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 35.04 | 35.04 | 0.00 | 35.04 |
|     Acct: 7B95 | | | | |
|   RIVERSET CREDIT UNION | 3,478.13 | 3,478.13 | 475.61 | 3,953.74 |
|     Acct: 4670 | | | | |
| | | | | 43,979.38 |
| **Priority** | | | | |
|   FRANKLIN L ROBINSON JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARIE D. BRIETKREUTZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARIE D. BRIETKREUTZ | 482.77 | 482.77 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANKLIN L ROBINSON JR ESQ | 3,081.00 | 3,081.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANKLIN L ROBINSON JR ESQ | 900.00 | 900.00 | 0.00 | 0.00 |

13-22648 Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX1-14 | | | | |
| FRANKLIN L ROBINSON JR ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2-17 | | | | |
| EQUITABLE GAS CO(*) | 0.00 | 8,965.00 | 0.00 | 8,965.00 |
| Acct: 2244 | | | | |
| SANTANDER CONSUMER USA** | 12,710.25 | 12,710.25 | 928.70 | 13,638.95 |
| Acct: 8343 | | | | |
| | | | | 22,603.95 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 335.25 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| NELNET O/B/O US DEPT OF EDUCATION | 13,888.62 | 0.00 | 0.00 | 0.00 |
| Acct: 9959 | | | | |
| EQUITABLE GAS CO(*) | 755.43 | 0.00 | 0.00 | 0.00 |
| Acct: 9974 | | | | |
| NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5971 | | | | |
| RIVERSET CREDIT UNION | 828.61 | 0.00 | 0.00 | 0.00 |
| Acct: 4670 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                                                 66,583.33

TOTAL
CLAIMED        12,710.25
PRIORITY        9,379.08
SECURED        15,807.91

Date: 04/26/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARIE D. BRIETKREUTZ

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-22648

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                      BY THE COURT:

                                                      _____
                                                      U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-22648-CMB
Marie D. Brietkreutz                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr                  Page 1 of 2              Date Rcvd: Apr 30, 2019
                              Form ID: pdf900             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db           +Marie D. Brietkreutz,    501 Minton Street,    Pittsburgh, PA 15204-1838
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13661488      City Of Pittsburgh,    400 Grant Street,    Pittsburgh, PA 15219
13703898     +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13703902     +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13661491     +Equitable Gas,    P.O. Box 371820,   Pittsburgh, PA 15250-7820
13703595     +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860
13661493     +PNC Bank,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13683249     +PNC Mortgage,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13703901     +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13661494     +Riverset FCU,    1700 Jane Street,    Pittsburgh, PA 15203-1812
14142765      Santander Consumer USA,    P.O. Box 105255,    Atlanta, GA 30348-5255
14197931     +Santander Consumer USA INC,    PO BOX 560284,    Dallas, Texas 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13661489     +E-mail/Text: electronicbkydocs@nelnet.net May 01 2019 03:16:06     Dept Of Education,
               121 S 13th Street,    Lincoln, NE 68508-1904
13661490     +E-mail/Text: kburkley@bernsteinlaw.com May 01 2019 03:16:32     Duquesne Light Company,
               Payment Processing Center,    Pittsburgh, PA 15267-0001
13710948     +E-mail/Text: kburkley@bernsteinlaw.com May 01 2019 03:16:32     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13661492     +E-mail/Text: Bankruptcies@nragroup.com May 01 2019 03:16:44     National Recovery Agency,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
13690109     +E-mail/Text: electronicbkydocs@nelnet.net May 01 2019 03:16:06
               Nelnet on behalf of the U.S. Dept. of ED,    US Department of Education,
               3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Allegheny County
cr            City and SD of Pittsburgh
cr            PNC BANK, NA
cr            PNC Bank, National Association
cr            Pittsburgh Water & Sewer Authority
cr            Riverset Credit Union
                                                                                   TOTALS: 6, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NA andygornall@latouflawfirm.com
              Brian Thomas Langford    on behalf of Creditor    Riverset Credit Union PitEcf@weltman.com,
               PitEcf@weltman.com
              Franklin L. Robinson, Jr.    on behalf of Debtor Marie D. Brietkreutz frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com

```
District/off: 0315-2           User: gamr              Page 2 of 2              Date Rcvd: Apr 30, 2019
                               Form ID: pdf900         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         James   Warmbrodt    on behalf of Creditor    PNC BANK, NA bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                                  TOTAL: 11