| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Marie D. Brietkreutz** | Social Security number or ITIN   **xxx−xx−9959** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **13−22648−CMB** | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marie D. Brietkreutz

6/20/19                                                                **By the court:**   Carlota M. Bohm
                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                   Case No. 13-22648-CMB
Marie D. Brietkreutz                                                     Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                  Page 1 of 2                  Date Rcvd: Jun 20, 2019
                              Form ID: 3180W              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db             +Marie D. Brietkreutz,    501 Minton Street,    Pittsburgh, PA 15204-1838
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13661488        City Of Pittsburgh,    400 Grant Street,    Pittsburgh, PA 15219
13703898       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13703902       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13661491       +Equitable Gas,    P.O. Box 371820,    Pittsburgh, PA 15250-7820
13703595       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13661493       +PNC Bank,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13683249       +PNC Mortgage,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13703901       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13661494       +Riverset FCU,    1700 Jane Street,    Pittsburgh, PA 15203-1812
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2019 02:30:06     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
13661489       +E-mail/Text: electronicbkydocs@nelnet.net Jun 21 2019 02:30:19      Dept Of Education,
                 121 S 13th Street,   Lincoln, NE 68508-1904
13661490       +E-mail/Text: kburkley@bernsteinlaw.com Jun 21 2019 02:30:39      Duquesne Light Company,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
13710948       +E-mail/Text: kburkley@bernsteinlaw.com Jun 21 2019 02:30:40      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13661492       +E-mail/Text: Bankruptcies@nragroup.com Jun 21 2019 02:30:46      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13690109       +E-mail/Text: electronicbkydocs@nelnet.net Jun 21 2019 02:30:19
                 Nelnet on behalf of the U.S. Dept. of ED,    US Department of Education,
                 3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
14142765        EDI: DRIV.COM Jun 21 2019 06:18:00      Santander Consumer USA,    P.O. Box 105255,
                 Atlanta, GA 30348-5255
14197931       +EDI: DRIV.COM Jun 21 2019 06:18:00      Santander Consumer USA INC,    PO BOX 560284,
                 Dallas, Texas 75356-0284
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and SD of Pittsburgh
cr              PNC BANK, NA
cr              PNC Bank, National Association
cr              Pittsburgh Water & Sewer Authority
cr              Riverset Credit Union
                                                                                     TOTALS: 6, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy              Page 2 of 2             Date Rcvd: Jun 20, 2019
                              Form ID: 3180W          Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    PNC BANK, NA andygornall@latouflawfirm.com
          Brian Thomas Langford    on behalf of Creditor    Riverset Credit Union PitEcf@weltman.com,
           PitEcf@weltman.com
          Franklin L. Robinson, Jr.    on behalf of Debtor Marie D. Brietkreutz frobi69704@aol.com,
           flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NA bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12
```