**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   MARIE D. BRIETKREUTZ

         Debtor(s)

   Ronda J. Winnecour
       Movant
       vs.
   No Repondents.

Case No.:13-22648

Chapter 13

Related to: Document No. 159

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __20th__ day of __June__, 20__19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
6/20/19 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22648-CMB
Marie D. Brietkreutz                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: culy                  Page 1 of 2              Date Rcvd: Jun 20, 2019
                                  Form ID: pdf900             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.
```
db         +Marie D. Brietkreutz,    501 Minton Street,    Pittsburgh, PA 15204-1838
cr          Duquesne Light Company,   c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr         +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
13661488    City Of Pittsburgh,   400 Grant Street,    Pittsburgh, PA 15219
13703898   +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13703902   +County of Allegheny,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13661491   +Equitable Gas,   P.O. Box 371820,    Pittsburgh, PA 15250-7820
13703595   +Equitable Gas Company,   c/o Donna Treemarchi,    225 North Shore Drive,
             Pittsburgh, PA 15212-5860
13661493   +PNC Bank,    3232 Newark Drive,   Miamisburg, OH 45342-5421
13683249   +PNC Mortgage,   c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13703901   +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13661494   +Riverset FCU,    1700 Jane Street,   Pittsburgh, PA 15203-1812
14142765    Santander Consumer USA,    P.O. Box 105255,    Atlanta, GA  30348-5255
14197931   +Santander Consumer USA INC,    PO BOX 560284,    Dallas, Texas 75356-0284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13661489   +E-mail/Text: electronicbkydocs@nelnet.net Jun 21 2019 02:30:19     Dept Of Education,
             121 S 13th Street,    Lincoln, NE 68508-1904
13661490   +E-mail/Text: kburkley@bernsteinlaw.com Jun 21 2019 02:30:39     Duquesne Light Company,
             Payment Processing Center,    Pittsburgh, PA 15267-0001
13710948   +E-mail/Text: kburkley@bernsteinlaw.com Jun 21 2019 02:30:39     Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,   707 Grant Street,    Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13661492   +E-mail/Text: Bankruptcies@nragroup.com Jun 21 2019 02:30:46     National Recovery Agency,
             2491 Paxton Street,    Harrisburg, PA 17111-1036
13690109   +E-mail/Text: electronicbkydocs@nelnet.net Jun 21 2019 02:30:19
             Nelnet on behalf of the U.S. Dept. of ED,    US Department of Education,
             3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                             TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             City and SD of Pittsburgh
cr             PNC BANK, NA
cr             PNC Bank, National Association
cr             Pittsburgh Water & Sewer Authority
cr             Riverset Credit Union
                                                                                  TOTALS: 6, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NA andygornall@latouflawfirm.com
              Brian Thomas Langford    on behalf of Creditor    Riverset Credit Union PitEcf@weltman.com,
               PitEcf@weltman.com
              Franklin L. Robinson, Jr.    on behalf of Debtor Marie D. Brietkreutz frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
```

```
District/off: 0315-2            User: culy                  Page 2 of 2                 Date Rcvd: Jun 20, 2019
                                Form ID: pdf900             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    PNC BANK, NA bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                                               TOTAL: 12